Report on Offender
Under Supervision
Jennings, James Randall

PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>James Randall Jennings</u>    Case Number: <u>3:06-00117</u>

Name of Judicial Officer: <u>Honorable Robert L. Echols, U.S. District Judge. Reassigned to the Honorable Aleta A Trauger, U. S. District Judge, on February 14, 2011</u>

Date of Original Sentence: <u>April 25, 2008</u>

Original Offense: <u>18 U.S.C. § 1343, Wire Fraud</u>

Original Sentence: <u>Thirty-Seven (37) months' custody; followed by 3 years' supervised release. Revocation Sentence on December 20, 2012; Sentenced to six (6) months' custody; one year supervised release.</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Re-commenced: <u>May 28, 2013</u>

Assistant U.S. Attorney: <u>Hilliard H. Hester, III</u>    Defense Attorney: <u>Richard Tennant</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 22nd day of Sept., 2013, and made a part of the records in the above case.

Honorable Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

U.S. Probation Officer
Paul Montgomery

Place    Nashville, Tennessee

Date    September 9, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician:**

   The defendant submitted a drug screen on August 1, 2013, which was confirmed positive for hydrocodone. When asked to provide a prescription for any medication that would result in a positive screen for hydrocodone, the defendant was unable to produce one. He denied he had taken any medication that would lead to this result.

2.   **Shall not commit another federal, state or local crime:**

   Mr. Jennings was cited by the Millersville Police Department, Millersville, Tennessee, on August 23, 2013, for Altering a License Plate, a Class A Misdemeanor. When questioned about this event, the defendant stated he had improperly placed the tag on the vehicle thinking it belonged on that particular vehicle. It was an over site on his behalf. He expects the charges will be dismissed at his October 13, 2013, court hearing.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Jennings began this term of supervised release on May 28, 2013. His supervision was revoked on December 20, 2012, for violation of his supervised release conditions. Mr. Jennings was sentenced to six (6) months' custody, to be followed by one year of supervised release.

The probation officer reviewed the release conditions with the defendant on June 5, 2013, and provided him with a copy of the conditions.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no action be taken by the Court. Mr. Jennings' supervised release has been previously revoked twice and it is believed he understands the importance of complying with his conditions. He has been advised by the probation officer that he needs to be accountable for all prescription medication he takes and any additional positive screens for which he does not have a valid prescription may lead to the Court taking adverse action against him.

It is recommended that Mr. Jennings be allowed to continue on supervised release. Any additional violations will be reported to the Court in an expeditious manner, with the probation officer recommending more severe sanctions.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer